UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  8:23-cr-00038-JVS                                    Date: July 8, 2024

Present: The Honorable:   James V. Selna, United States District Judge

Interpreter   None

| Elsa Vargas | Sharon Seffens | Melissa Rabbani; Kristin Spencer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jamal Nathan Dawood | X | | X | Victor Sherman | X | | X |

**Proceedings:** Status Conference

Case called and counsel state their appearances. The Court and counsel confer.

The Court sets a further Status Conference on Monday, August 19, 2024, at 10:30 a.m. The parties are ordered to file a Joint Status Report no later than Wednesday, August 14, 2024.

Cc:

:09
Initials of Deputy Clerk   eva