UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL NATHAN DAWOOD,<br><br>Defendant. | Case No. 23-CR-00038-JVS<br><br>9th Cir. Case No. 26-2924<br><br>ORDER GRANTING UNOPPOSED REQUEST TO DISCLOSE UNREDACTED SEALED DOCUMENTS FOR APPEAL [225] |

After review, the Court GRANTS the unopposed request for an order allowing the Clerk of the Court to provide the parties with an electronic copy of Dkt. Nos. 2, 11, 20, 21, 23, 24, 43, 44, 45, 53, 54, 55, 59, 60, 61, 101, 102, 103, 107, 108, 110 (incl. 110-1), 141, 142, 143, 170, 172, 217, and 220 as outlined in the request. The Clerk is directed to provide an electronic copy of all documents filed under seal to appellate counsel for Defendant Dawood. Appellate counsel is directed to share those documents with the counsel for the government.

So Ordered.

Date: October 27, 2026

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE